**Dismissed and Memorandum Opinion filed January 10, 2012.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘
_____

## NO. 14-11-00486-CV
_____

### LEOPOLD MALOCHOWITSCH, Appellant

### V.

### EXPO MOTORCARS, L.P., EXPO HOLDINGS, L.P., AND EXPO MOTORCARS, L.L.C., Appellees

---

**On Appeal from the 189th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-44763**

---

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from a judgment signed May 17, 2010. An attempted appeal from the same judgment was dismissed by this court on December 30, 2010, because no timely notice of appeal had been filed. *See Malochowitsch v. Expo Motorcars, L.P.,* No. 14-10-00906-CV, 2010 WL 5514376, *1 (Tex. App. -- Houston [14th Dist.] 2010, pet. denied) (mem. op.).

On October 5, 2011, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). Appellant's response fails to demonstrate that this Court has jurisdiction to entertain the appeal.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Seymore, Boyce, and Christopher.

2